<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-6882**
_____

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

     v.

WILLIAM TERRENCE CROSS,

             Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, District Judge.  (2:03-cr-00010-RBS-1)

_____

Submitted: October 14, 2010          Decided: October 22, 2010

_____

Before MOTZ, KING, and DAVIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

William Terrence Cross, Appellant Pro Se. Laura Pellatiro Tayman, Assistant United States Attorney, Newport News, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Terrence Cross appeals the district court's order denying reconsideration of its previous order denying Cross's 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. The district court's order denying the reduction was entered on April 13, 2010. On April 19, Cross filed a motion for reconsideration of that order, which the district court denied. As the district court lacked the authority to grant reconsideration of its previous order, United States v. Goodwyn, 596 F.3d 233 (4th Cir.), cert. denied, 130 S. Ct. 3530 (2010), we affirm the district court's order denying reconsideration. We dispense with oral argument as the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

AFFIRMED